No. 792.—López, recurrente, *v.* Registrador de Caguas,

recurrido.— Dic. 2, 1929. Por desistido el recurrente.